UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN W. JENKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORTEVA, INC., et al.<br><br>Defendants. | CASE NO. 1:22-CV-1976-RLY-DLP |

**DEFENDANTS' JOINT MOTION TO TRANSFER TO MIDDLE DISTRICT OF NORTH CAROLINA PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants Syngenta Crop Protection AG, Syngenta Corporation and Syngenta Crop Protection, LLC (together, "Syngenta"), Corteva, Inc. ("Corteva"), CHS Inc. ("CHS"), and Nutrien Ag Solutions, Inc. ("Nutrien") (collectively, "Defendants"), by and through their undersigned attorneys and pursuant to 28 U.S.C. § 1404(a), respectfully move to transfer this action to the United States District Court for the Middle District of North Carolina.

Defendants move to transfer because, on balance, North Carolina is a significantly more convenient forum to hear this action, and transfer would limit otherwise duplicative judicial efforts. There are pending actions in the Middle District of North Carolina, filed both by government and private plaintiffs, based upon the same alleged facts and involving the same causes of action asserted here. The private plaintiffs' cases have already been consolidated, and they are coordinating with the government plaintiffs. In support of this Motion, Defendants rely upon the Memorandum in Support of Defendants' Joint Motion to

1

Transfer, which is being filed contemporaneously with this Motion, and supporting Declarations.

Respectfully submitted this 22nd day of November, 2022.

        BARNES & THORNBURG LLP

        /s/*John R. Maley*
        John R. Maley (14300-89)
        11 S. Meridian Street
        Indianapolis, IN 46204
        Phone:  317-236-1313
        Facsimile:  317-231-7433
        jmaley@btlaw.com

        Katherine B. Forrest*
        kforrest@cravath.com
        David R. Marriott*
        dmarriott@cravath.com
        Margaret T. Segall*
        msegall@cravath.com
        CRAVATH, SWAINE & MOORE LLP
        825 Eighth Avenue
        New York, New York 10019
        Telephone:  (212) 474-1000
        Facsimile:  (212) 474-3700

        **Pro hac vice* forthcoming*

        *Attorneys for Defendant Corteva, Inc.*

ICE MILLER LLP
/s/ *George A. Gasper*
George A. Gasper
One American Square Suite 2900
Indianapolis, IN 46282
Telephone: 317-236-2275
Facsimile: 317-592-4665
george.gasper@icemiller.com


Paul S. Mishkin*
paul.mishkin@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4292
Facsimile: (212) 701-5292

*Attorneys for Defendants Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Crop Protection, LLC*

* *Pro hac vice* forthcoming

BRYAN CAVE LEIGHTON PAISNER LLP
/s/ *Matt Petersen*
Matt Petersen
matt.petersen@bclplaw.com
Paul J. Lopach*
paul.lopach@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 861-7000
Facsimile: (303) 861-0200

G. Patrick Watson*
patrick.watson@bclplaw.com
Lindsay Sklar Johnson*
lindsay.johnson@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1201 W. Peachtree St.
Atlanta, GA 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

*Attorneys for co-Defendant Nutrien Ag Solutions, Inc.*

* *Pro hac vice* forthcoming

FAEGRE DRINKER BIDDLE & REATH LLP
/s/ *Kathy Osborn*
Kathy Osborn
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@faegredrinker.com

Colby Anne Kingsbury
colby.kingsbury@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

*Attorneys for co-Defendant CHS Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2022, I caused the foregoing JOINT MOTION TO TRANSFER TO MIDDLE DISTRICT OF NORTH CAROLINA PURSUANT TO 28 U.S.C. § 1404(a), and all attachments thereto, to be filed electronically with the Clerk of Court via the Court's CM/ECF system.  Counsel for all parties in this case, listed below, are registered CM/ECF users and will be served by the CM/ECF System:

| | |
|---|---|
| John Radice<br>Daniel Rubenstein<br>Kenneth Walsh<br>RADICE LAW FIRM, P.C.<br>475 Wall Street<br>Princeton, NJ 08540<br>Phone: (646) 245-8502<br>Fax: (609) 385-0745<br>jradice@radicelawfirm.com<br>drubenstein@radicelawfirm.com<br>kwalsh@radicelawfirm.com<br><br>R. Lyn Stevens<br>STEVENS LAW FIRM<br>1782 Mountain Springs<br>Canyon Lake, Texas 78133<br>Phone: (409) 880-9714<br>Lyn@Stevens.Law<br>Counsel for Plaintiff and the Proposed Class | BARNES & THORNBURG LLP<br>/s/    *John R. Maley*<br>John R. Maley<br>jmaley@btlaw.com<br>11 S. Meridian Street<br>Indianapolis, IN 46204<br>Telephone:  317-236-1313<br>Facsimile:  317-231-7433<br><br>Katherine B. Forrest*<br>kforrest@cravath.com<br>David R. Marriott*<br>dmarriott@cravath.com<br>Margaret T. Segall*<br>msegall@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>*Pro hac vice* forthcoming<br><br>*Attorneys for Defendant Corteva, Inc.* |

6