# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLES ANDERSON, on behalf of himself and all others similarly situated,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>　　　　　*Defendants*. | 1:22CV858 |
| FREDERICK C. CROSCUT, on behalf of himself and all others similarly situated,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>　　　　　*Defendants*. | 1:22CV899 |

**ORDER**

　　　These cases are before the court upon the Unopposed Motion to Consolidate filed by Plaintiffs in the cases captioned Anderson v. Syngenta et al., Civil Action No. 1:22-cv-858 (M.D.N.C.) ("Anderson") and Croscut v. Syngenta et al., Civil Action No. 1:22-

cv-899 (M.D.N.C.) ("Croscut") (Doc. 22 in Civil Action No. 1:22-cv-858; Doc. 14 in Civil Action No. 1:22-cv-899).

IT APPEARING TO THE COURT that there is good cause for the cases to be consolidated, including that there are common issues of fact and law in the two cases;

AND IT FURTHER APPEARING that all Plaintiffs in each case, through counsel, have consented to the granting of the motions and the motions are unopposed;

IT IS THEREFORE ORDERED that the Anderson and Croscut cases are consolidated for purposes of discovery and trial. The first filed case, Anderson v. Syngenta et al., Civil Action No. 1:22-cv-858, shall be designated as the lead case. All filings shall be captioned in the same manner as this order and all orders, pleadings, motions and other documents shall be filed in the lead case.

                                                /s/   Thomas D. Schroeder
                                            United States District Judge

November 21, 2022