UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN W. JENKINS<br><br>        Plaintiff,<br><br>    v.<br><br>CORTEVA, INC., et al.<br><br>        Defendants. | CASE NO. 1:22-CV-1976-RLY-DLP |

**EXHIBITS IN SUPPORT OF MEMORANDUM IN SUPPORT OF DEFENDANTS' JOINT MOTION TO TRANSFER**

**EXHIBITS I through M to MARGARET SEGALL DECLARATION**

**And**

**DECLARATION OF VERN HAWKINS**

**CONTINUATION OF EXHIBITS (PART 2 of 2)**