## SCHEDULE OF ACTIONS

|    | Plaintiff(s) | Defendants | District | Civil Action No. | Judge |
|----|---|---|---|---|---|
| 1. | Justin W. Jenkins | Corteva, Inc., Syngenta Crop Protection AG, Syngenta Corp., Syngenta Crop Protection, LLC, CHS Inc., Nutrien AG Solutions, Inc., John Doe Defendant Wholesalers 1-5, and John Doe Defendant Retailers 6-10 | S.D. of Indiana | 1:22-cv-1976 | Richard L. Young |
| 2. | Bradley Day Farms | Syngenta Crop Protection AG, Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE, BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02223 | Jane E. Magnus-Stinson |
| 3. | Chuck Day Farms | Syngenta Crop Protection AG, Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE, BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02222 | Jane E. Magnus-Stinson |

| Plaintiff(s) | Defendants | District | Civil Action No. | Judge | Plaintiff(s) |
|---|---|---|---|---|---|
| 4. | Danny Day, Jr. Farms, and Danny Day, Jr. & Son Farm Partnership | Syngenta Crop Protection AG, Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE, BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC | S.D. of Indiana | 1:22-cv-02225 | Jane E. Magnus-Stinson |
| 5. | Shelby Farms, LLC, Hanna Farms, LLC, Choctaw Farms, LLC and G&P Farms Partnership | Syngenta Crop Protection AG, Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation, BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02226 | James P. Hanlon |
| 6. | M and M Farms Partnership and Brick Farms, Inc. | Syngenta Crop Protection AG, Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S. D. of Indiana | 1:22-cv-02227 | Jane E. Magnus-Stinson |

| Plaintiff(s) | Defendants | District | Civil Action No. | Judge | Plaintiff(s) |
|---|---|---|---|---|---|
| 7. | Scott Day Farms | Syngenta Crop Protection AG, Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02230 | Jane E. Magnus-Stinson |
| 8. | HYS Farms, LLC | Syngenta Crop Protection AG, Syngenta Corporation; Syngenta Crop Protection, LLC; Corteva, Inc.; BASF SE; BASF Corporation; BASF Agricultural Products Group; Nutrien AG Solutions, Inc.; Helena Agri-Enterprises, LLC; and Doe Co-Conspirator Distributors and Retailers 1-200 | S.D. of Indiana | 1:22-cv-02229 | Jane E. Magnus-Stinson |
| 9. | Charles Anderson | Syngenta Crop Protection AG, Syngenta Corp., Syngenta Crop Protection, LLC, and Corteva, Inc. | M.D of North Carolina | 1:22-cv-858 | Thomas D. Schroeder |
| 10. | Frederick C. Croscut | Syngenta Crop Protection AG, Syngenta Corp., Syngenta Crop Protection, LLC, and Corteva, Inc. | M.D. of North Carolina | 1:22-cv-899 | Thomas D. Schroeder |

{00233859 }