# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN W. JENKINS<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORTEVA, INC., et al.<br><br>　　　　　Defendants. | CASE NO. 1:22-CV-1976-RLY-DLP |

**DECLARATION OF NANCI LILJA IN SUPPORT OF
DEFENDANTS' JOINT MOTION TO TRANSFER**

STATE OF MINNESOTA　　　　)
　　　　　　　　　　　　　　)
COUNTY OF DAKOTA　　　　 )

I, Nanci Lilja, declare as follows:

1. I am Assistant Secretary for CHS Inc. ("CHS"). As Assistant Secretary, I am responsible for creating and maintaining records relating to CHS corporate governance and member governance decision-making, and for overseeing processes relating to CHS member voting, which processes include identifying the state of residence of CHS members.

2. I understand that CHS has been named as a defendant in the above-captioned matter, filed in the United States District Court for the Southern District of Indiana on October 7, 2022.

3. CHS is a farmer owned agricultural cooperative incorporated in Minnesota, and more than 26,000 of its farmer and local cooperative member-owners reside there.

4. CHS's headquarters and primary place of business is located in Inver Grove Heights, Minnesota.

5. CHS's senior wholesale and retail executives for its agronomic inputs businesses and all of CHS's policy-setting management for the company are based at CHS's headquarters in Minnesota.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 28, 2022  _____
Nanci Lilja