# Exhibit 8

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHUCK DAY FARMS PARTNERSHIP,<br><br>　Plaintiff,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG; SYNGENTA CORPORATION; SYNGENTA CROP PROTECTION, LLC; CORTEVA, INC.; BASF SE; BASF CORPORATION; BASF AGRICULTURAL PRODUCTS GROUP; NUTRIEN AG SOLUTIONS, INC., HELENA AGRI-ENTERPRISES, LLC; and DOE CO-CONSPIRATOR DISTRIBUTORS AND RETAILERS 1-200,<br><br>　Defendants. | Case No.: 1:22-cv-02222-JMS-MG |

## NOTICE OF RELATED ACTION

　Plaintiff, by counsel, pursuant to S.D. Ind. L.R. 40-1 hereby provides notice to the Court that this case arises out of the same transaction or occurrence and concerns several of the same parties as *Jenkins v. Corteva, Inc., et al.*, Case No. 1:22-cv-01976-RLY-DLP.

DATED:  November 17, 2022

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ *Scott D. Gilchrist*
　　　　　　　　　　　　　　Irwin B. Levin (#8786-49)
　　　　　　　　　　　　　　Richard E. Shevitz (#12007-49)
　　　　　　　　　　　　　　Scott D. Gilchrist (#16720-53)
　　　　　　　　　　　　　　COHEN & MALAD, LLP
　　　　　　　　　　　　　　One Indiana Square, Suite 1400
　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　Telephone: (317) 636-6481
　　　　　　　　　　　　　　Fax: (317) 636 2593
　　　　　　　　　　　　　　ilevin@cohenandmalad.com
　　　　　　　　　　　　　　rshevitz@cohenandmalad.com
　　　　　　　　　　　　　　sgilchrist@cohenandmalad.com

　　　　　　　　　　　　　　***Local Counsel***

Michael L. Roberts (*pro hac vice* forthcoming)
mikeroberts@robertslawfirm.us
Dr. Kelly A. Rinehart (*pro hac vice* forthcoming)
kellyrinehart@robertslawfirm.us
ROBERTS LAW FIRM, PA
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 952-8558

***Counsel for Plaintiffs***