# Kohn, Swift & Graf, P.C.

1600 Market Street, Suite 2500

Philadelphia, Pennsylvania 19103-7225

(215) 238-1700
Telecopier (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
Web Site: www.kohnswift.com

E-mail: whoese@kohnswift.com

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA
DOUGLAS A. ABRAHAMS •
WILLIAM E. HOESE
STEVEN M. STEINGARD •
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
NEIL L. GLAZER †
ZAHRA R. DEAN ⁂
AARTHI MANOHAR
ELIAS A. KOHN

† ALSO ADMITTED IN NEW YORK
• ALSO ADMITTED IN NEW JERSEY
⁂ ONLY ADMITTED IN NEW YORK

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
LISA PALFY KOHN

November 23, 2022

Clerk – U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

    RE:    <u>In re Crop Protection Loyalty Program Antitrust Litigation</u>

Dear Clerk of the Court:

    Enclosed are the following: amended motion to transfer, schedule of actions, and certificate of service.

    Very truly yours,

    *William E. Hoese*

    William E. Hoese

{00234203}