600 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103-7225



Clerk – U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN  46204

**FILED**

NOV 2 9 2022

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA