UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN W. JENKINS<br><br>Plaintiff,<br><br>v.<br><br>CORTEVA, INC., et al.<br><br>Defendants. | CASE NO. 1:22-CV-1976-RLY-DLP |

## DECLARATION OF SPENCER HARRIS IN SUPPORT OF DEFENDANTS' JOINT MOTION TO TRANSFER

I, Spencer Harris, pursuant to 28 U.S.C. § 1746, state under penalty of perjury:

1. I am over the age of twenty-one, of sound mind, and fully competent to testify to the matters stated herein.

2. I am the VP of North America Strategic Operations & Supplier Management of Nutrien Ag Solutions, Inc. ("Nutrien") and have been since October 31, 2022, prior to, I was the Region Manager of the West for Nutrien. As VP of North America Strategic Operations & Supplier Management, I have knowledge of the company's corporate governance and decision-making processes.

3. I understand that Nutrien has been named as a defendant in the above-captioned matter, filed on October 7, 2022 in the United States District Court for the Southern District of Indiana.

4. Nutrien's principal place of business is in Loveland, Colorado.

1

5. Similarly, Nutrien's business decisions relevant to the subject cases generally are made in Colorado and not in either Indiana or North Carolina as the majority of Nutrien's senior executives and policy-setting management are based Loveland, Colorado.

6. At this time, Nutrien's anticipated witnesses in the cases that are the subject of defendants' motion to transfer are located primarily in Colorado.

7. Nutrien regularly transacts business in North Carolina with several locations in the state.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 6, 2022

Spencer Harris
VP of North America Strategic Operations &
Supplier Management